■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHARD SHROPSHIRE, Appellant. [846 NYS2d 63]—Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Queens County (LaTella, J.), imposed August 12, 2005, on the ground that the sentence is excessive.

Ordered that the sentence is affirmed. No opinion. Prudenti, P.J., Schmidt, Ritter, Skelos and Angiolillo, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHARLES SINGLETARY, Appellant. [846 NYS2d 63]—Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Kings County (Walsh, J.), imposed March 23, 2006, on the ground that the sentence is excessive.

Ordered that the sentence is affirmed. No opinion. Prudenti, P.J., Spolzino, Florio, Covello and Dickerson, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v AARON SUTTON, Appellant. [846 NYS2d 63]—Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Queens County (Kron, J.), imposed January 31, 2005, on the ground that the sentence is excessive.

Ordered that the sentence is affirmed. No opinion. Prudenti, P.J., Rivera, Goldstein, Dillon, and McCarthy, JJ., concur.